# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark S. Barner | BK NO. 19-03553 HWV |
| | Chapter 13 |
| **Debtor** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of GUARDIAN MORTGAGE, A DIVISION OF SUNFLOWER BANK, N.A. and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322