Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | Filing Status | | Ref Number: | 20190726 |
|---|---|---|---|---|---|
| 58397 | Mark S. Barner | S | 1 | Deposit Date: | 7/26/19 |
| | 3720 Davidsburg Rd Lot C9 | | | Pay Period: | 07/15/19 - 07/21/19 |
| | Dover, PA 17315 | | | Pay Frequency: | Weekly |

## Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REGULAR PAY | 22.66000 | 40.00 | 906.40 | 26,504.58 |
| OVERTIME | 33.99000 | 13.00 | 441.88 | 6,754.42 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 890.56 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED TAX WH | 167.97 | 3,896.65 |
| SOC SEC WH | 80.15 | 2,061.65 |
| MED WH | 18.75 | 482.17 |
| PA WH | 39.69 | 981.33 |
| PA SUI | 0.81 | 21.02 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 469.92 |
| 401K | 13.48 | 186.28 |
| ROTH IRA | 53.93 | 1,398.61 |
| INS MED PPO1500 | 60.00 | 1,800.00 |
| INS VIS | 1.05 | 31.68 |
| WELLNESS DISCOUNT | -10.00 | -250.00 |
| INS DENTAL | 4.39 | 131.37 |
| SUP LIFE INS | 0.78 | 23.40 |
| CHILD SUPPORT #1 | 226.79 | 7,127.65 |
| DOVER TWP 670302 | 18.10 | 465.52 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,808.16 |
| DISABILITY/LIFE | 9.54 | 257.85 |
| HOLIDAY | 27.89 | 818.58 |
| 401K MATCH | 53.93 | 1,316.94 |
| VACATION NON UNION | 17.43 | 498.84 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,348.28 | 697.25 | 651.03 | 35,265.49 | 18,886.40 | 16,379.09 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 7/26/19 | 20190726 | 651.03 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ********0086 | *********4116 | C | 651.03 |
| | Total Current Net: | | 651.03 |

**Mark S. Barner**
**3720 Davidsburg Rd Lot C9**
**Dover, PA 17315**

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address |
|---|---|
| 58397 | Mark S. Barner |
| | 3720 Davidsburg Rd Lot C9 |
| | Dover, PA 17315 |

Filing Status: S 1

Ref Number: 20190719
Deposit Date: 7/19/19
Pay Period: 07/08/19 - 07/14/19
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|---|---|
| REGULAR PAY | 22.66000 | 34.00 | 770.44 | 25,598.18 |
| OVERTIME | 33.99000 | 8.50 | 288.93 | 6,312.54 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 890.56 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

### Deductions

| Description | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|
| FED TAX WH | 105.04 | 3,728.68 |
| SOC SEC WH | 62.25 | 1,981.50 |
| MED WH | 14.56 | 463.42 |
| PA WH | 30.82 | 941.64 |
| PA SUI | 0.64 | 20.21 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 448.56 |
| 401K | 10.59 | 172.80 |
| ROTH IRA | 42.37 | 1,344.68 |
| INS MED PPO1500 | 60.00 | 1,740.00 |
| INS VIS | 1.05 | 30.63 |
| WELLNESS DISCOUNT | -10.00 | -240.00 |
| INS DENTAL | 4.39 | 126.98 |
| SUP LIFE INS | 0.78 | 22.62 |
| CHILD SUPPORT #1 | 226.79 | 6,900.86 |
| DOVER TWP 670302 | 14.06 | 447.42 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,715.60 |
| DISABILITY/LIFE | 7.65 | 248.31 |
| HOLIDAY | 27.89 | 790.69 |
| 401K MATCH | 42.37 | 1,263.01 |
| VACATION NON UNION | 17.43 | 481.41 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,059.37 | 584.70 | 474.67 | 33,917.21 | 18,189.15 | 15,728.06 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 7/19/19 | 20190719 | 474.67 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | **********4116 | C | 474.67 |
| | Total Current Net: | | 474.67 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 20190712 |
|---|---|---|---|---|---|---|
| 58397 | Mark S. Barner | | S | 1 | Deposit Date: | 7/12/19 |
| | 3720 Davidsburg Rd Lot C9 | | | | Pay Period: | 07/01/19 - 07/07/19 |
| | Dover, PA 17315 | | | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REGULAR PAY | 22.66000 | 33.50 | 759.11 | 24,827.74 |
| OVERTIME | | | 0.00 | 6,023.61 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | 22.66000 | 8.00 | 181.28 | 890.56 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED TAX WH | 82.87 | 3,623.64 |
| SOC SEC WH | 54.87 | 1,919.25 |
| MED WH | 12.83 | 448.86 |
| PA WH | 27.17 | 910.82 |
| PA SUI | 0.56 | 19.57 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 427.20 |
| 401K | 9.40 | 162.21 |
| ROTH IRA | 37.62 | 1,302.31 |
| INS MED PPO1500 | 60.00 | 1,680.00 |
| INS VIS | 1.05 | 29.58 |
| WELLNESS DISCOUNT | -10.00 | -230.00 |
| INS DENTAL | 4.39 | 122.59 |
| SUP LIFE INS | 0.78 | 21.84 |
| CHILD SUPPORT #1 | 226.79 | 6,674.07 |
| DOVER TWP 670302 | 12.39 | 433.36 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,623.04 |
| DISABILITY/LIFE | 7.47 | 240.66 |
| HOLIDAY | 27.89 | 762.80 |
| 401K MATCH | 37.62 | 1,220.64 |
| VACATION NON UNION | 17.43 | 463.98 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 940.39 | 542.08 | 398.31 | 32,857.84 | 17,604.45 | 15,253.39 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 7/12/19 | 20190712 | 398.31 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ********0086 | *********4116 | C | 398.31 |
| | Total Current Net: | | 398.31 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 20190705 |
|---|---|---|---|---|---|---|
| 58397 | Mark S. Barner | | S | 1 | Deposit Date: | 7/05/19 |
| | 3720 Davidsburg Rd Lot C9 | | | | Pay Period: | 06/24/19 - 06/30/19 |
| | Dover, PA 17315 | | | | Pay Frequency: | Weekly |

## Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| REGULAR PAY | 22.66000 | 38.00 | 861.08 | 24,068.63 |
| OVERTIME | 33.99000 | 6.00 | 203.95 | 6,023.61 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 709.28 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

## Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| FED TAX WH | 106.28 | 3,540.77 |
| SOC SEC WH | 62.59 | 1,864.36 |
| MED WH | 14.64 | 436.03 |
| PA WH | 30.99 | 883.65 |
| PA SUI | 0.64 | 19.01 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 405.84 |
| 401K | 10.65 | 152.81 |
| ROTH IRA | 42.60 | 1,264.69 |
| INS MED PPO1500 | 60.00 | 1,620.00 |
| INS VIS | 1.05 | 28.53 |
| WELLNESS DISCOUNT | -10.00 | -220.00 |
| INS DENTAL | 4.39 | 118.20 |
| SUP LIFE INS | 0.78 | 21.06 |
| CHILD SUPPORT #1 | 226.79 | 6,447.28 |
| DOVER TWP 670302 | 14.13 | 420.97 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,530.48 |
| DISABILITY/LIFE | 7.92 | 233.19 |
| HOLIDAY | 27.89 | 734.91 |
| 401K MATCH | 42.60 | 1,183.02 |
| VACATION NON UNION | 17.43 | 446.55 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,065.03 | 586.89 | 478.14 | 31,917.45 | 17,062.37 | 14,855.08 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 7/05/19 | 20190705 | 478.14 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | *********4116 | C | 478.14 |
| | Total Current Net: | | 478.14 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | Filing Status | | Ref Number: | 20190628 |
|---|---|---|---|---|---|
| 58397 | Mark S. Barner | S | 1 | Deposit Date: | 6/28/19 |
| | 3720 Davidsburg Rd Lot C9 | | | Pay Period: | 06/17/19 - 06/23/19 |
| | Dover, PA 17315 | | | Pay Frequency: | Weekly |

## Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REGULAR PAY | 22.66000 | 40.00 | 906.40 | 23,207.55 |
| OVERTIME | 33.99000 | 3.00 | 101.97 | 5,819.66 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 709.28 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED TAX WH | 93.94 | 3,434.49 |
| SOC SEC WH | 59.08 | 1,801.79 |
| MED WH | 13.82 | 421.39 |
| PA WH | 29.25 | 852.66 |
| PA SUI | 0.61 | 18.37 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 384.48 |
| 401K | 10.08 | 142.16 |
| ROTH IRA | 40.33 | 1,222.09 |
| INS MED PPO1500 | 60.00 | 1,560.00 |
| INS VIS | 1.05 | 27.48 |
| WELLNESS DISCOUNT | -10.00 | -210.00 |
| INS DENTAL | 4.39 | 113.81 |
| SUP LIFE INS | 0.78 | 20.28 |
| CHILD SUPPORT #1 | 226.79 | 6,220.49 |
| DOVER TWP 670302 | 13.34 | 406.84 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,437.92 |
| DISABILITY/LIFE | 7.74 | 225.27 |
| HOLIDAY | 27.89 | 707.02 |
| 401K MATCH | 40.33 | 1,140.42 |
| VACATION NON UNION | 17.43 | 429.12 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,008.37 | 564.82 | 443.55 | 30,852.42 | 16,475.48 | 14,376.94 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 6/28/19 | 20190628 | 443.55 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | *********4116 | C | 443.55 |
| | Total Current Net: | | 443.55 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | Filing Status | | Ref Number: | 20190621 |
|---|---|---|---|---|---|
| 58397 | Mark S. Barner | S | 1 | Deposit Date: | 6/21/19 |
| | 3720 Davidsburg Rd Lot C9 | | | Pay Period: | 06/10/19 - 06/16/19 |
| | Dover, PA 17315 | | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REGULAR PAY | 22.66000 | 40.00 | 906.40 | 22,301.15 |
| OVERTIME | 33.99000 | 3.00 | 101.98 | 5,717.69 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 709.28 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED TAX WH | 93.94 | 3,340.55 |
| SOC SEC WH | 59.08 | 1,742.71 |
| MED WH | 13.82 | 407.57 |
| PA WH | 29.26 | 823.41 |
| PA SUI | 0.61 | 17.76 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 363.12 |
| 401K | 10.08 | 132.08 |
| ROTH IRA | 40.34 | 1,181.76 |
| INS MED PPO1500 | 60.00 | 1,500.00 |
| INS VIS | 1.05 | 26.43 |
| WELLNESS DISCOUNT | -10.00 | -200.00 |
| INS DENTAL | 4.39 | 109.42 |
| SUP LIFE INS | 0.78 | 19.50 |
| CHILD SUPPORT #1 | 226.79 | 5,993.70 |
| DOVER TWP 670302 | 13.34 | 393.50 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,345.36 |
| DISABILITY/LIFE | 7.74 | 217.53 |
| HOLIDAY | 27.89 | 679.13 |
| 401K MATCH | 40.34 | 1,100.09 |
| VACATION NON UNION | 17.43 | 411.69 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,008.38 | 564.84 | 443.54 | 29,844.05 | 15,910.66 | 13,933.39 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 6/21/19 | 20190621 | 443.54 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | **********4116 | C | 443.54 |
| | Total Current Net: | | 443.54 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | Filing Status | | Ref Number: | 20190614 |
|---|---|---|---|---|---|
| 58397 | Mark S. Barner | S | 1 | Deposit Date: | 6/14/19 |
| | 3720 Davidsburg Rd Lot C9 | | | Pay Period: | 06/03/19 - 06/09/19 |
| | Dover, PA 17315 | | | Pay Frequency: | Weekly |

## Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| REGULAR PAY | 22.66000 | 40.00 | 906.40 | 21,394.75 |
| OVERTIME | 33.99000 | 6.00 | 203.95 | 5,615.71 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | | | 0.00 | 709.28 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 0.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

## Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| FED TAX WH | 116.15 | 3,246.61 |
| SOC SEC WH | 65.41 | 1,683.63 |
| MED WH | 15.30 | 393.75 |
| PA WH | 32.39 | 794.15 |
| PA SUI | 0.67 | 17.15 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 341.76 |
| 401K | 11.10 | 122.00 |
| ROTH IRA | 44.41 | 1,141.42 |
| INS MED PPO1500 | 60.00 | 1,440.00 |
| INS VIS | 1.05 | 25.38 |
| WELLNESS DISCOUNT | -10.00 | -190.00 |
| INS DENTAL | 4.39 | 105.03 |
| SUP LIFE INS | 0.78 | 18.72 |
| CHILD SUPPORT #1 | 226.79 | 5,766.91 |
| DOVER TWP 670302 | 14.77 | 380.16 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,252.80 |
| DISABILITY/LIFE | 8.28 | 209.79 |
| HOLIDAY | 27.89 | 651.24 |
| 401K MATCH | 44.41 | 1,059.75 |
| VACATION NON UNION | 17.43 | 394.26 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,110.35 | 604.57 | 505.78 | 28,835.67 | 15,345.82 | 13,489.85 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 6/14/19 | 20190614 | 505.78 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | **********4116 | C | 505.78 |
| | Total Current Net: | | 505.78 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315

Wagman Heavy Civil, Inc.
3290 North Susquehanna Trail
York, PA 17406-9754

| Emp No. | Name / Address | | | Filing Status | | Ref Number: | 20190607 |
|---|---|---|---|---|---|---|---|
| 58397 | Mark S. Barner | | | S | 1 | Deposit Date: | 6/07/19 |
| | 3720 Davidsburg Rd Lot C9 | | | | | Pay Period: | 05/27/19 - 06/02/19 |
| | Dover, PA 17315 | | | | | Pay Frequency: | Weekly |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| REGULAR PAY | 22.66000 | 37.00 | 838.42 | 20,488.35 |
| OVERTIME | 33.99000 | 5.00 | 169.96 | 5,411.76 |
| PD TIME OFF HOUR | | | 0.00 | 440.00 |
| HOLIDAY HOURLY | 22.66000 | 8.00 | 181.28 | 709.28 |
| PAY ADJ RATE | | | 0.00 | 166.93 |
| PAY ADJ HOUR | | | 0.00 | 209.00 |
| MEALS PER DIEM | | | 30.00 | 300.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Paid Time Off | 0.00 | 20.00 | 20.00 |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| FED TAX WH | 133.42 | 3,130.46 |
| SOC SEC WH | 70.32 | 1,618.22 |
| MED WH | 16.45 | 378.45 |
| PA WH | 34.82 | 761.76 |
| PA SUI | 0.71 | 16.48 |
| DE WH | 0.00 | 59.15 |
| PS LOAN | 21.36 | 320.40 |
| 401K | 11.90 | 110.90 |
| ROTH IRA | 47.59 | 1,097.01 |
| INS MED PPO1500 | 60.00 | 1,380.00 |
| INS VIS | 1.05 | 24.33 |
| WELLNESS DISCOUNT | -10.00 | -180.00 |
| INS DENTAL | 4.39 | 100.64 |
| SUP LIFE INS | 0.78 | 17.94 |
| CHILD SUPPORT #1 | 226.79 | 5,540.12 |
| DOVER TWP 670302 | 15.88 | 365.39 |

| Company-paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| PREVAILING WAGE FRING | 0.00 | 11.92 |
| HEALTH INSURANCE PPO | 92.56 | 2,160.24 |
| DISABILITY/LIFE | 9.00 | 201.51 |
| HOLIDAY | 27.89 | 623.35 |
| 401K MATCH | 47.59 | 1,015.34 |
| VACATION NON UNION | 17.43 | 376.83 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,219.66 | 635.46 | 584.20 | 27,725.32 | 14,741.25 | 12,984.07 |

BARNERMARK

| Date | Ref No. | Amount |
|---|---|---|
| 6/07/19 | 20190607 | 584.20 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********0086 | **********4116 | C | 584.20 |
| | Total Current Net: | | 584.20 |

Mark S. Barner
3720 Davidsburg Rd Lot C9
Dover, PA 17315