```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03553-HWV
Mark S. Barner                                                  Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach           Page 1 of 2              Date Rcvd: Sep 30, 2019
                              Form ID: pdf010         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db            +Mark S. Barner,    17 High Street,    Manchester, PA 17345-1423
5237442       +Blue Chip Fcu,    5050 Derry St,    Harrisburg, PA 17111-5697
5237453       +Bureau of Employer Tax Operations,    PO Box 68568,   Harrisburg, PA 17106-8568
5237445       +Dauphin County Tax Claims Bureau,    Attn: Bankruptcy,    2 South 2nd Street,
                Harrisburg, PA 17101-2047
5237446      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,    Attn: Bankruptcy,
                1130 Northchase Parkway Ste 150,    Marietta, GA 30067)
5237455       +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                Harrisburg, PA 17120-0001
5237456       +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5237458        United States Attorney,    PO Box 11754,   Harrisburg, PA 17108-1754
5237451       +Upgrade, Inc.,    275 Battery Street,    23rd Floor,   San Francisco, CA 94111-3366
5237452       +York Co Drs,    100 W Market St,    York, PA 17401-1332
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bnc@bass-associates.com Sep 30 2019 19:39:23      United Consumer Financial Serv.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
5237441       +E-mail/Text: aleasure@autotrakk.com Sep 30 2019 19:41:34      Autotrakk Llc,
                Attn: Bankruptcy Department,   1500 Sycamore Rd., Ste. 200,    Montoursville, PA 17754-9416
5237443       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 30 2019 19:43:31      Capital One,
                Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
5237444       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 30 2019 19:42:50      Credit One Bank,
                Attn: Bankruptcy Department,   Po Box 98873,    Las Vegas, NV 89193-8873
5237447       +E-mail/Text: benhusa@gmc-inc.com Sep 30 2019 19:41:06      Guardian Mortgage Co,
                P O Box 833890,   Richardson, TX 75083-3890
5237454        E-mail/Text: cio.bncmail@irs.gov Sep 30 2019 19:40:41      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
5237449       +E-mail/Text: unger@members1st.org Sep 30 2019 19:41:29      Members 1st Fcu,
                Attn: Bankruptcy Dept,   5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5237457        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2019 19:40:59      PA Department of Revenue,
                Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5252152       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2019 19:40:59
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5237450       +E-mail/Text: EBankruptcy@UCFS.NET Sep 30 2019 19:41:38      United Consumer Financial Services,
                Attn: Bankruptcy,   Po Box 856290,    Louisville, KY 40285-6290
5251505       +E-mail/Text: bnc@bass-associates.com Sep 30 2019 19:39:23
                United Consumer Financial Services,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Suite 200,
                Tucson, AZ 85712-1083
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5237448*       Internal Revenue Service,   Special Procedures Branch,    PO Box 12051,   Philadelphia, PA 19105
                                                                                     TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: CKovach              Page 2 of 2              Date Rcvd: Sep 30, 2019
                               Form ID: pdf010           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

              Bass and Associates PC    on behalf of Creditor    United Consumer Financial Serv.
               ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    GUARDIAN MORTGAGE, A DIVISION OF SUNFLOWER BANK, N.A.
               bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Mark S. Barner jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark S. Barner,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−03553−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 6, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 30, 2019 |

ntcnfhrg (03/18)