UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S. BARNER : CHAPTER 13
      Debtor(s) :
       :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
      vs. :
       :
MARK S. BARNER :
      Respondent(s) : CASE NO. 1-19-bk-03553

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 30th day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. (Lease balance to Auto Trakk – Claim #3; Guardian Mortgage – Claim #7; UCFS – Claim #8)

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Unfiled 2017 Federal Income Tax Return (Claim #1)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                Respectfully submitted:

                Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

      BY:     /s/James K. Jones
                    Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this   30th   day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                 /s/Deborah A. Behney
                 Office of Charles J. DeHart, III
                 Standing Chapter 13 Trustee