UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S BARNER

CASE NO: 19-03553

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 11/1/2019, I did cause a copy of the following documents, described below,

3rd amended plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2019

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S BARNER

CASE NO: 19-03553

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/1/2019, a copy of the following documents, described below,

3rd amended plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-19-BK-03553-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI NOV 1 12-43-11 EDT 2019

AUTO TRAKK LLC
1500 SYCAMORE ROAD
SUITE 200
MONTOURSVILLE PA 17754-9416

AUTOTRAKK LLC
ATTN BANKRUPTCY DEPARTMENT
1500 SYCAMORE RD STE 200
MONTOURSVILLE PA 17754-9416

EXCLUDE
MARK S DARNER
17 HIGH STREET
MANCHESTER PA 17345 1423

BASS AND ASSOCIATES PC
3936 EAST FT LOWELL ROAD SUITE 200
TUCSON AZ 85712-1083

BLUE CHIP FCU
5050 DERRY ST
HARRISBURG PA 17111-5697

BUREAU OF EMPLOYER TAX OPERATIONS
PO BOX 68568
HARRISBURG PA 17106-8568

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

DAUPHIN COUNTY TAX CLAIMS BUREAU
ATTN BANKRUPTCY
2 SOUTH 2ND STREET
HARRISBURG PA 17101-2047

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

FOCUS RECEIVABLES MANAGEMENT LLC
1130 NORTHCHASE PARKWAY STE 150
MARIETTA GA 30067-6429

GUARDIAN MORTGAGE CO
P O BOX 833890
RICHARDSON TX 75083-3890

GUARDIAN MORTGAGE A DIVISION OF
SUNFLOWER B
PO BOX 833890
RICHARDSON TX 75083-3890

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG PA 17102 2151

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
PO BOX 12051
PHILADELPHIA PA 19105

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MEMBERS 1ST FCU
ATTN BANKRUPTCY DEPT
5000 LOUISE DR
MECHANICSBURG PA 17055-4899

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
SECTION STRA
HARRISBURG PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED CONSUMER FINANCIAL SERV
BASS  ASSOCIATES PC
3936 E FT LOWELL ROAD SUITE 200
TUCSON AZ 85712-1083

UNITED CONSUMER FINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 856290
LOUISVILLE KY 40285-6290

UNITED CONSUMER FINANCIAL SERVICES
BASS  ASSOCIATES PC
3936 E FT LOWELL SUITE 200
TUCSON AZ 85712-1083

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

UPGRADE INC
275 BATTERY STREET
23RD FLOOR
SAN FRANCISCO CA 94111-3366

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK CO DRS
100 W MARKET ST
YORK PA 17401-1332