UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S. BARNER : CHAPTER 13
       Debtor(s) :
      :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
      :

      vs. :
      :

MARK S. BARNER :
       Respondent(s) : CASE NO. 1-19-bk-03553

### TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

  AND NOW, this 4th day of March, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

  1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Unfiled 2017 Federal Income Tax Return (Claim #1)

  2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a. Clarification of debtor(s) counsel fees which are in conflict with Amended 2016(b) Statement.

  WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

    BY:   /s/James K. Jones
          Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 4th day of March, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee