UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: MARK S BARNER | CASE NO: 19-03553 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |

On 5/8/2020, I did cause a copy of the following documents, described below,

5th amended plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/8/2020

/s/ John M. Hyams
John M. Hyams 87327PA
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA 17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S BARNER

CASE NO: 19-03553

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter:

On 5/8/2020, a copy of the following documents, described below,

5th amended plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/8/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AUTO TRAKK LLC | AUTOTRAKK LLC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-19-BK-03553-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI MAY 8 09-46-01 EDT 2020 | 1500 SYCAMORE ROAD<br>SUITE 200<br>MONTOURSVILLE PA 17754-9416 | ATTN BANKRUPTCY DEPARTMENT<br>1500 SYCAMORE RD STE 200<br>MONTOURSVILLE PA 17754-9416 |

| ~~EXCLUDE~~<br>~~MARK S DARNER~~<br>~~17 HIGH STREET~~<br>~~MANCHESTER PA 17345-1423~~ | BASS AND ASSOCIATES PC<br>3936 EAST FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | BLUE CHIP FCU<br>5050 DERRY ST<br>HARRISBURG PA 17111-5697 |
|---|---|---|

| BUREAU OF EMPLOYER TAX OPERATIONS<br>PO BOX 68568<br>HARRISBURG PA 17106-8568 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
|---|---|---|

| DAUPHIN COUNTY TAX CLAIMS BUREAU<br>ATTN BANKRUPTCY<br>2 SOUTH 2ND STREET<br>HARRISBURG PA 17101-2047 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 |
|---|---|---|

| FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 | GUARDIAN MORTGAGE CO<br>P O BOX 833890<br>RICHARDSON TX 75083-3890 | GUARDIAN MORTGAGE A DIVISION OF<br>SUNFLOWER B<br>PO BOX 833890<br>RICHARDSON TX 75083-3890 |
|---|---|---|

| ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>PO BOX 12051<br>PHILADELPHIA PA 19105 |
|---|---|---|

| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY DEPT<br>5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 |
|---|---|---|

| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
|---|---|---|

| UNITED CONSUMER FINANCIAL SERV<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | UNITED CONSUMER FINANCIAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 856290<br>LOUISVILLE KY 40285-6290 | UNITED CONSUMER FINANCIAL SERVICES<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL SUITE 200<br>TUCSON AZ 85712-1083 |
|---|---|---|

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK CO DRS
100 W MARKET ST
YORK PA 17401-1332