# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK S. BARNER : CHAPTER 13
        Debtor(s) :
         :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        Movant :
         :
        vs. :
         :
MARK S. BARNER :
        Respondent(s) : CASE NO.   1-19-bk-03553

## TRUSTEE'S OBJECTION TO FIFTH AMENDED CHAPTER 13 PLAN

        AND NOW, this   27th   day of May, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.   The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

        a.   Clarification of debtor(s) counsel fees which are in conflict with Amended 2016(b) Statement.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

        Respectfully submitted:

        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

BY:        /s/James K. Jones
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this 27th day of May, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                        /s/Deborah A. Behney_____
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee