**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:

Mark S. Barner ) Chapter: 13
)
) Case Number: 1:19-bk-03553-HWV
)
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 29, 2020, I served a copy of Order setting Response Deadline and Hearing Date of Motion for Sale Free and Clear of Liens on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, #A<br>Hummelstown, PA 17036 | electronic means |
| JAMES WARMBRODT, ESQUIRE<br>GUARDIAN MORTGAGE, A DIVISION OF SUNFLOWER BANK,<br>701 Market Street Suite 5000<br>Philadephia, PA 19106 | electronic means |
| UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 | electronic means |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 06/29/2020   Name: s/ John M. Hyams
*Printed Name of Attorney*
Address: 2023 N. 2nd St.
Harrisburg, PA 17102

Revised: 03/22/05

In re:

Mark S. Barner,

**Debtor 1**

Chapter: 13

Case number: 1:19−bk−03553−HWV

Document Number: 50

Matter: Motion for Sale Free and Clear of Liens

Mark S Barner
**Movant(s)**

vs.

Guardian Mortgage and Charles J DeHart, III, Chapter 13 Trustee
**Respondent(s)**

### Order

    Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

    **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: 8/4/20<br><br>Time: 09:30 AM |
|---|---|

Dated: June 29, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

---

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)