**John M. Hyams,** Esquire
jmh@johnhyamslaw.com

**Law Offices Of**
**John M. Hyams**

**Amelia C. Berdanier,** Paralegal
acb@johnhyamslaw.com

**Karla E. Flores,** Legal Assistant
kef@johnhyamslaw.com

Case 1:19-bk-03553-HWV    Doc 57    Filed 07/30/20    Entered 07/30/20 10:49:20    Desc
Main Document    Page 1 of 1

July 30, 2020

US Bankruptcy Court
228 Walnut Street
Harrisburg, PA 17101

Re:   **Change of Address**
      **Chapter 13 Bankruptcy**
      **Mark S. Barner**
      **Case No.: 1:19-bk-03553-HWV**

Dear Sir or Madam:

Please note that the above referenced Debtor wishes to have all future correspondence mailed to:
Mark S. Barner
735 Hoffman Dr.
Harrisburg, PA 17111

The Debtor no longer resides at the address listed on the Voluntary Petition:
Mark S. Barner
17 High St.
Manchester, PA 17345

We thank you in advance for your attention to this matter.

Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**


John M. Hyams
JMH:kef
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401