UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARK S. BARNER | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MARK S. BARNER | : | |
| Respondent | : | CASE NO. 1-19-bk-03553 |

### TRUSTEE'S OBJECTION TO SIXTH AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of January, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Motion to Modify filed at Doc.#60 and the Sixth Amended Plan field at Doc. #60 are inconsistent in that the motion proposes to surrender collateral to Auto Trakk, LLC, but the Sixth Amended Plan does not. Accordingly, it is not clear if the collateral is being surrendered or not.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Douglas R. Roeder
Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 17th day of January, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                                        /s/Deborah A. Behney
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee