UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARK S. BARNER                           :  CHAPTER 13
        Debtor(s)                                :
                                                :
      JACK N. ZAHAROPOULOS                      :
      STANDING CHAPTER 13 TRUSTEE              :
        Movant                                 :
                                                :
      vs.                                      :
                                                :
      MARK S. BARNER                           :
        Respondent(s)                          :  CASE NO.   1-19-bk-03553

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SIXTH AMENDED CHAPTER 13 PLAN

      AND NOW, this   31st   day of January, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about January 17, 2023 be withdrawn as all issues have been resolved.

                            Respectfully submitted:

                            /s/Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this   31st   day of January, 2023, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                            /s/Deborah A. Behney
                            Office of Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee