Certificate Number: 06531-PAM-DE-039132393

Bankruptcy Case Number: 19-03553



06531-PAM-DE-039132393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 6, 2024</u>, at <u>10:53</u> o'clock <u>AM CST</u>, <u>Mark S Barner</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 6, 2024</u>          By:   <u>/s/Luis Gonzalez Guillen</u>

Name:   <u>Luis Gonzalez Guillen</u>

Title:   <u>Certified Credit Counselor</u>